USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-7-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

RICHARD FIRSHEIN, THE FIRSHEIN
CENTER,

                    Plaintiffs,

          -against-

UNITEDHEALTH GROUP INC.,

                 Defendant.

------------------------------------------------------------- x

1:19-cv-778 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

The Court will hold a status conference in this matter on February 14, 2020 at 10:00 a.m.

The Parties shall appear at the above time and date in Courtroom 1306 at the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: February 7, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge