USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/16/20_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**FIRSHEIN,**

**Plaintiff,**

-against-

**UNITEDHEALTH GROUP, INC. AND BANK OF AMERICA CORP.,**

**Defendants.**

**19-cv-778 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' June 12, 2020 letter. (ECF No. 43). Bank of America should still participate in tomorrow's telephonic conference.

Additionally, at tomorrow's telephonic conference, the parties should be prepared to discuss how the case, *Tongkook America, Inc. v. Shipton Sportswear Co.,* 14 F.3d 781 (2d Cir. 1994), might affect this court's jurisdiction. The parties should also be prepared to address the question of whether Plaintiffs' claims against UnitedHealth Group, Inc. and Bank of America Corp. contemplate damages beyond the amount of the diverted checks.

**SO ORDERED.**

Dated:  June 16, 2020
        New York, New York

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**