UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/26/20

| | |
|---|---|
| RICHARD FIRSHEIN AND THE FIRSHEIN CENTER,<br><br>Plaintiffs,<br><br>-against-<br><br>UNITEDHEATHGROUP, INC AND BANK OF AMERICA CORP.,<br><br>Defendants. | 19-cv-778 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   June 26, 2020
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge